Case 2:08-cr-00283-RCJ-PAL   Document 13   Filed 10/28/08   Page 1 of 3

10/28/08



U. S. Department of Justice
*United States Attorney*
*District of Nevada*
333 Las Vegas Blvd., S., Suite 5000
Las Vegas, NV 89101



1  GREGORY A. BROWER
   United States Attorney
2  KATHLEEN BLISS
   Assistant United States Attorney
3  Organized Crime Strike Force
   NICHOLAS D. DICKINSON
4  Assistant United States Attorney
   Organized Crime Strike Force
5  333 Las Vegas Blvd., S., Suite 5000
   Las Vegas, Nevada 89101
6  (702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-cr-_283_ |
| Plaintiff, | |
| vs. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR STEPHEN BOOTH, JR. |
| STEPHEN BOOTH, JR., | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **STEPHEN BOOTH, JR.**, ID #9042, is committed by due process of law in the custody of the Director, Southern Desert Correctional Center, Indian Springs, Nevada, that said Director has consented to the temporary release of the said **STEPHEN BOOTH, JR.** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **STEPHEN BOOTH, JR.** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on Friday, November 7, 2008, at the hour of 8:30 a.m., for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

. . .

. . .

That the presence of the said **STEPHEN BOOTH, JR.** before the United States Magistrate Judge on or about Friday, November 7, 2008, at the hour of 8:30 a.m., and any further proceedings and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Director, Southern Desert Correctional Center, and to the United States Marshal for the District of Nevada, commanding them to produce the said **STEPHEN BOOTH, JR.** before the United States District Court on or about Friday, November 7, 2008, at the hour of 8:30 a.m., and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Director, Southern Desert Correctional Center, Indian Springs, Nevada.

**DATED** this _____ day of October 2008.

Respectfully submitted,

GREGORY A. BROWER
United States Attorney

KATHLEEN BLISS
Assistant United States Attorney

2